Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Alfred Louis Faiella
Debtor

Case No.: 05−50986−RTL
Chapter 7

New Falls Corporation
Plaintiff

v.

Alfred Louis Faiella
Defendant

Adv. Proc. No. 07−01470−RTL                          Judge: Raymond T. Lyons Jr.

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on April 18, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 92 − 60
Opinion (related document:[60] Motion re: for Reimbursement of Costs filed by Unknown Role Type Randy Faiella).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 4/18/2008 (pcj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: April 18, 2008
JJW: pcj

James J. Waldron
Clerk